**Dismiss Writ and Opinion Filed June 6, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-13-00663-CV

### IN RE DONALD GENE BLANTON, Relator

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23,592-86**

### MEMORANDUM OPINION

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Francis

Relator contends the trial court failed to forward his notice of appeal to this Court. The relief requested by relator has been granted. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding), *In re Gill*, No. 06-04-00090-CV, 2004 WL 1884498 at *1 (Tex. App.–Texarkana Aug. 24, 2004, orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus.

/Molly Francis/

MOLLY FRANCIS

130663F.P05

JUSTICE